**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SEA-WATCH TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05 CV 3523 |
| v. | ) | |
| | ) | Hon. Elaine E. Bucklo |
| | ) | Magistrate Judge Ashman |
| BRUNSWICK CORPORATION, | ) | |
| MAPTECH, INC., and SEA RAY BOATS, INC., | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

## SEA-WATCH'S MOTION TO STAY

This case has been settled between plaintiff and defendants Brunswick and Sea Ray. Sea-Watch has moved for dismissal with prejudice pursuant to the settlement agreement reached with those defendants.

One defendant remains in the case, MapTech, Inc. Sea-Watch moves for a stay of this case with respect to that defendant because Sea-Watch intends to seek reexamination of the patent in suit.

                                                                           Respectfully submitted,

                                                                      /s/ Joseph N. Hosteny
                                                                     Joseph N. Hosteny
                                                                     Arthur A. Gasey
                                                                     Niro, Scavone, Haller & Niro
                                                                     181 West Madison, Suite 4600
                                                                     Chicago, Illinois 60602
                                                                     Phone: 312-236-0733;
                                                                     Fax:   312-236-3137

                                                                     Attorneys for Sea-Watch Technologies, Inc.

## CERTIFICATE OF SERVICE

I certify that on   April 18  , 2006, I electronically filed **SEA-WATCH'S MOTION TO STAY** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the attorneys listed below, and that a copy was hand delivered to Judge Bucklo's Courtroom Deputy, Mathew John, in Room 1438.

>Thomas M. Durkin
>David D. Pope
>Robert W. Unikel
>Mayer, Brown, Rowe & Maw
>71 South Wacker Drive
>Chicago, Illinois 60606
>Phone: 312-782-0600
>Fax: 312-701-7711
>E-mail: tdurkin@mayerbrownrowe.com
>Attorneys for Brunswick Corporation and
>Sea Ray Boats, Inc.
>
>Peter B. Newton (312-269-8027; pnewton@ngelaw.com)
>Michael G. Kelber (312-269-5322; mkelber@ngelaw.com)
>Dexter G. Benoit (312-269-5229; dbenoit@ngelaw.com
>Thomas E. Williams (312-269-5355; twilliams@ngelaw.com)
>Neal, Gerber & Eisenberg LLP
>Two North LaSalle Street, Suite 2200
>Chicago, Illinois 60602
>Fax: 312-269-1747
>Attorneys for MapTech, Inc.

on this   18th   day of April, 2006.

/s/ Joseph N. Hosteny