**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5**
**Eastern Division**

Sea–Watch Technologies, Inc.
                        Plaintiff,

v.                                              Case No.: 1:05−cv−03523
                                                Honorable Elaine E. Bucklo

Brunswick Corporation, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 8, 2006:

      MINUTE entry before Judge Elaine E. Bucklo :Plaintiff's motion to stay this case pending reexamination of the partent in suit [47] is granted. The parties shall inform the court promptly of any decision by the patent office. The pending motion for claim construction is denied as moot. Case stayed.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.