# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Sea–Watch Technologies, Inc.

                                Plaintiff,

v.                                              Case No.: 1:05−cv−03523

                                                                          Honorable Elaine E. Bucklo

Brunswick Corporation, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 15, 2007:

        MINUTE entry before Judge Elaine E. Bucklo :Plaintiff's alternative motion to dismiss [71] is granted. The court would otherwise require payment of fees MAPTECH was required to spend in defense of this case. Accordingly, this action is dismissed with prejudice. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.