# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Sea-Watch Technologies | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 05 C 3523 |
| Brunswick, et al. | |

☐   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■   Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 3/15/2007        _____
/s/ Mathew P. John, Deputy Clerk

# United States District Court
## Northern District of Illinois
**Eastern Division**

Sea-Watch Technologies                  **JUDGMENT IN A CIVIL CASE**

       v.                                             Case Number: 05 C 3523

Brunswick, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

                                                   Michael W. Dobbins, Clerk of Court

Date: 3/15/2007                          _____
                                             /s/ Mathew P. John, Deputy Clerk